LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
E-mail: rapeterson@locklaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PAMELA CHESAVAGE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THEO CHOCOLATE, INC.<br><br>Defendant. | Case No. 4:23-cv-02739-HSG<br><br>**STIPULATION AND ORDER REGARDING AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING**<br><br>Judge: Haywood S. Gilliam, Jr.<br><br>Complaint Filed: June 2, 2023 |

Pursuant to Local Civil Rule 6-2, Pamela Chesavage, on behalf of herself and all others similar situated ("Plaintiff"), and Theo Chocolate, Inc. ("Defendant") stipulate to an extension for Plaintiff to file their Amended Complaint and to deadlines for the Motion to Dismiss briefing.

On June 21, 2023, the parties filed a Stipulation Re Response of Theo Chocolate, Inc. to Plaintiff's Complaint [Dkt. 12] stipulating to an extension for Defendant to respond to the Complaint until August 3, 2023. The Court has not issued an Order on this Stipulation.

Plaintiffs now intend to file an Amended Complaint in this matter.

1       Therefore, the Parties agree to the following deadlines.

2

3       Plaintiffs' Amended Complaint             August 16, 2023

4       Defendant's Motion to Dismiss            October 14, 2023

5       Opposition to Motion to Dismiss          November 14, 2023

6       Reply to Motion to Dismiss               December 1, 2023

7       Dated: July 24, 2023              **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

8
                                          By: s/ Rebecca A. Peterson
9                                         Rebecca A. Peterson (241858)
                                          Robert K. Shelquist*
10                                        100 Washington Avenue South, Suite 2200
                                          Minneapolis, MN 55401
11                                        Telephone: (612) 339-6900
                                          Fax: (612) 339-0981
12                                        E-mail: rapeterson@locklaw.com
                                                  rkshelquist@locklaw.com
13

14                                        **Attorney for Plaintiff PAMELA CHESAVAGE, on
                                          behalf of herself and all others similarly situated**
15

16
        Dated: July 24, 2023              **GORDON REES SCULLY MANSUKHANI, LLP**
17
                                          By: s/ Brian M. Ledger
18                                        Brian M. Ledger (156942)
                                          101 W. Broadway, Suite 2000
19                                        San Diego, CA 92101
                                          Telephone: (619) 696-6700
20                                        Facsimile: (619) 696-7124
                                          E-mail: bledger@grsm.com
21

22                                        **Attorneys for Defendant
                                          THEO CHOCOLATE, INC.**
23

24

25

26

27

28

**CERTIFICATION OF COMPLIANCE WITH N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 24, 2023                By: */s/ Rebecca A. Peterson*
                                                            Rebecca A. Peterson

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ____7/24/2023____           _____
                                        HONORABLE HAYWOOD S. GILLIAM, JR.
                                        U.S. DISTRICT COURT JUDGE