LOCKRIDGE GRINDAL NAUEN P.L.L.P.
REBECCA A. PETERSON (241858)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rapeterson@locklaw.com

Attorney for Plaintiffs

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PAMELA CHESAVAGE, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>THEO CHOCOLATE, INC.,<br><br>       Defendant. | Case No. 4:23-cv-02739-HSG<br><br>**STIPULATION AND ORDER TO CONSOLIDATE ACTIONS UNDER FED. R. CIV. P. 42(a) AND APPOINTING A LEADERSHIP STRUCTURE FOR PLAINTIFFS**<br><br>Judge: Haywood S. Gilliam, Jr.<br><br>Complaint Filed: June 2, 2023 |
| ROCKIME DAVIS and MYHANG LE,<br><br>       Plaintiffs,<br><br>v.<br><br>THEO CHOCOLATE, INC., a Washington company,<br><br>       Defendant. | Case No. 4:24-cv-00061-HSG |

- 1 -

WHEREAS, the above-captioned related proposed consumer class actions are pending before the United States District Court for the Northern District of California, entitled: *Chesavage, et al. v. Theo Chocolate, Inc.*, Case No. 23-cv-02739-HSG ("*Chesavage*"), filed June 2, 2023, and *Davis, et al. v. Theo Chocolate, Inc.*, Case No. 24-cv-00061-HSG ("*Davis*"), filed July 20, 2023 (together the "Related Actions") and collectively all plaintiffs are referred to herein as "Plaintiffs.)

WHEREAS, Plaintiffs assert the Related Actions arise out of the same set of operative facts and assert similar legal claims against Defendant Theo Chocolate, Inc. ("Theo" or "Defendant"), alleging that Theo has engaged in deceptive trade practices with respect to the marketing and sale of its dark chocolate products (the "Dark Chocolate Products") by failing to disclose that they contain levels of toxic heavy metals, including arsenic, lead, and cadmium (the "Heavy Metals");

WHEREAS, Plaintiffs assert that each Related Action seeks, *inter alia*, injunctive relief barring Defendant from continuing the deceptive practices it is accused of, as well as monetary damages compensating Plaintiffs and other consumers for the purchase of the Dark Chocolate Products;

WHEREAS, Plaintiffs in each Related Action agree that consolidation of the Related Actions under Fed. R. Civ. P. 42(a) is appropriate because Plaintiffs contend they involve common questions of law and fact, arise from the same events, name the same Defendant, and will involve substantially the same discovery;

WHEREAS, consolidation under Rule 42(a) will eliminate duplicative discovery and the possibility of inconsistent rulings on class certification, *Daubert* motions, and other pretrial matters, and conserve judicial and party resources;

WHEREAS, Plaintiffs wish to designate lead counsel ("Leadership Structure");

NOW THEREFORE, the parties through their respective counsel and subject to the Court's approval hereby stipulate that:

1.      The *Chesavage* and *Davis* actions currently pending in the Northern District of California and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated pursuant to Fed. R. Civ. P. 42(a) before the Honorable Haywood S. Gilliam, Jr. (hereafter the "Consolidated Action").

2.      All papers filed in the Consolidated Action shall be filed under Case No. 4:23-cv-02739-HSG and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | | |
|---|---|---|
| IN RE THEOS DARK CHOCOLATE LITIGATION | ) ) ) | Master File 4:23-cv-02739-HSG |
| This Document Relates to: | ) ) | |
| _____ | | |

3.      The case file for the Consolidated Action will be maintained under Master File 4:23-cv-02739-HSG. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words

"This Document Relates To:" in the caption identified above, for example, "*Davis*, Case No. 24-cv-0061."

4.      Any action subsequently filed, transferred, or removed to this Court that the Court determines arises out of the same or similar operative facts as the Consolidated Action will be, with the Court's approval, consolidated with the Consolidated Action for pre-trial purposes. Any party may file a Notice of Related Action pursuant to Northern District of California Local Rule 3.12 whenever a party believes a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related and should be consolidated, the clerk shall:

        a.      place a copy of this Order in the separate file for such action;

        b.      serve on Plaintiffs' counsel in the new case a copy of this Order;

        c.      direct that this Order be served upon defendants in the new case; and

        d.      make the appropriate entry in the Master Docket.

5.      The parties have agreed to the following schedule:

        a.      Plaintiffs will file a Consolidated Complaint by February 8, 2024;

        b.      Theo will file its response by February 29, 2024.  In accordance with the Local Rules, Theo will notice oral argument no earlier than 35 days after any Rule 12 motion is filed;

        c.      Plaintiffs will file their opposition by March 21, 2024;

        d.      Theo to file its reply by April 1, 2024.

6.      Lead Counsel for Plaintiffs for of the Consolidated Action, *In re Theos Dark Chocolate Litigation*, Lead Case No. 4:23-cv-02739-HSG, is designated as follows:

- 4 -

| LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>REBECCA A. PETERSON (241858)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981<br>E-mail: rapeterson@locklaw.com | FITZGERALD JOSEPH LLP<br>JACK FITZGERALD<br>2341 Jefferson Street, Suite 200<br>San Diego, California 92110<br>Phone: (619) 215-1741<br>E-mail:  jack@fitzgeraldjoseph.com |
|---|---|

7.     Plaintiffs' Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court. Defendant's counsel may rely upon all agreements made with Plaintiffs' Lead Counsel, or other duly authorized representative of Plaintiffs' Lead Counsel, and such agreements will be binding on Plaintiffs.

**IT IS SO STIPULATED.**


Dated:  January 17, 2024          **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By:  s/ Rebecca A. Peterson
Rebecca A. Peterson (241858)
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
E-mail: rapeterson@locklaw.com
          rkshelquist@locklaw.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: LFeldman@4-Justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
David J. George
Brittany L. Brown
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Telephone: (561) 232-6002
E-mail: DGeorge@4-Justice.com
          BBrown@4-justice.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson
Catherine Sung-Yun K. Smith
Shashi Gowda
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
          csmith@gustafsongluek.com
          sgowda@gustafsongluek.com

**WEXLER BOLEY & ELGERSMA LLP**
Kenneth A. Wexler
Kara A. Elgersma (*Pro Hac Vice*)
311 South Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
E-mail: kaw@wbe-llp.com
          kae@wbe-llp.com

- 6 -

1

**BARRACK, RODOS & BACINE**
Stephen R. Basser (121590)

2

600 West Broadway, Suite 900
San Diego, CA 92101

3

Telephone: (619) 230-0800
Facsimile: (619) 230-1874

4

E-mail: sbasser@barrack.com

5

**EMERSON FIRM, LLC**
John G. Emerson

6

2500 Wilcrest Drive, Suite 300

7

Houston, TX 77042
Telephone: (800) 551-8649

8

Facsimile: (501) 286-4659
E-mail: jemerson@emersonfirm.com

9

10

**FREED KANNER LONDON AND MILLEN, LLC**
Jonathan M. Jagher

11

923 Fayette Street

12

Conshohocken, PA 19428
Telephone: (610) 234-6486

13

E-mail: jjagher@fklmlaw.com

14

**Counsel for Plaintiff Pamela Chesavage**

15

16

Dated:  January 17, 2024          **FITZGERALD JOSEPH LLP**

17

18

By: s/  Jack Fitzgerald
Jack Fitzgerald

19

Trevor M. Flynn
2341 Jefferson Street, Suite 200

20

San Diego, California 92110
Phone: (619) 215-1741

21

E-mail:  jack@fitzgeraldjoseph.com
              trevor@fitzgeraldjoseph.com

22

23

24

25

26

27

- 7 -

28

1
2
3
4
5
6
7

**TOUSLEY BRAIN STEPHENS PLLC**
Kim D. Stephens, P.S., WSBA #11984
Kaleigh N. Boyd, WSBA #52684
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992
E-mail:  kstephens@tousley.com
             kboyd@tousley.com

**Counsel for Plaintiffs Rockime Davis and Myhang Le**

8   Dated:  January 17, 2024          **GORDON REES SCULLY MANSUKHANI, LLP**
9
10                                     By: s/  Brian M. Ledger
11                                     Brian M. Ledger
                                       Ryan Landis
12                                     101 W. Broadway, Suite 2000
                                       San Diego, CA 92101
13                                     Telephone: (619) 696-6700
                                       Facsimile: (619) 696-7124
14                                     bledger@grsm.com
                                       rlandis@grsm.com
15
16                                     **Counsel for Defendant Theo Chocolate, Inc.**
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ORDER
TO CONSOLIDATE ACTIONS UNDER FED.R.CIV.P. 42(a)
AND APPOINTING A LEADERSHIP STRUCTURE OF PLAINTIFFS
Case No. 23-cv-02739-HSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Certification of Compliance with N.D. Cal. L.R. 5-1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5-1(i)(3), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.


By:  s/ Rebecca A. Peterson

- 9 -

1

**ORDER**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5

Dated: 1/31/2024

6

Hon. Haywood S. Gilliam, Jr.

7

U.S. DISTRICT COURT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

- 10 -

28

STIPULATION AND ORDER
TO CONSOLIDATE ACTIONS UNDER FED.R.CIV.P. 42(a)
AND APPOINTING A LEADERSHIP STRUCTURE OF PLAINTIFFS
Case No. 23-cv-02739-HSG