1 | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
REBECCA A. PETERSON (241858)
2 | 100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
3 | Telephone: (612) 339-6900
E-mail: rapeterson@locklaw.com
4

**GORDON REES SCULLY MANSUKHANI, LLP**
BRIAN M. LEDGER
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Email: bledger@grsm.com

5 | **FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD (257370)
6 | 2341 Jefferson Street, Suite 200
San Diego, CA 92110
7 | Phone: (619) 215-1741
E-mail: jfitzgerald@fmfpc.com
8

*Counsel for Defendant Theo Chocolate, Inc.*

9 | *Counsel for Plaintiffs*
[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| IN RE THEOS DARK CHOCOLATE LITIGATION<br><br>This Document Relates to: All Actions | Case No. 4:23-cv-02739-HSG<br><br>**STIPULATION TO SCHEDULE RULE 16 CONFERENCE TO BE HEARD SIMULTANEOUSLY WITH ANTICIPATED MOTION TO DISMISS; ORDER (as modified)** |
|---|---|

Pursuant to N.D. Cal. Local Rule 7-12, the parties, by and through their undersigned counsel, stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint, Dkt. 49 ("CAC"), on February 8, 2024;

2. WHEREAS, Defendant's deadline to respond to the CAC is February 29, 2024, *see* Dkt. No. 47, Order Granting Stipulation to Consolidate, and Defendant intends to file a Motion to Dismiss;

3. WHEREAS, the parties have already stipulated to, with the Court's permission, a briefing schedule for the Motion to Dismiss, *see id*;

4. WHEREAS, the parties have met and conferred and have agreed to a hearing date on Defendant's Motion to Dismiss of May 2, 2024;

5. WHEREAS, in the interests of conserving judicial and party resources, the parties wish to conduct the scheduling conference required pursuant to Fed. R. Civ. P. Rule 16 on May 2, 2024, the same day Defendant will notice the hearing for its anticipated Motion to Dismiss.

6. THEREFORE, the parties stipulate and request the Court conduct the Fed. R. Civ. P. Rule 16 scheduling conference on May 2, 2024, to coincide with the Motion to Dismiss hearing.

**IT IS SO STIPULATED**.

Dated: February 19, 2024            /s/ Trevor Flynn
                                    **FITZGERALD MONROE FLYNN PC**
                                    Jack Fitzgerald (257370)
                                    Trevor Flynn (253362)
                                    2341 Jefferson Street, Suite 200
                                    San Diego, CA 92110
                                    Phone: (619) 215-1741
                                    E-mail: jfitzgerald@fmfpc.com
                                            tflynn@fmfpc.com

                                    **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                                    Rebecca A. Peterson (241858)
                                    Robert K. Shelquist
                                    100 Washington Avenue South, Suite 2200
                                    Minneapolis, MN 55401
                                    Telephone: (612) 339-6900
                                    Fax: (612) 339-0981
                                    E-mail: rapeterson@locklaw.com
                                            rkshelquist@locklaw.com

|   |   |
|---|---|
| 1 |  |
| 2 | **TOUSLEY BRAIN STEPHENS PLLC** |
|   | Kim Stephens (*pro hac vice to be filed*) |
| 3 | Kaleigh Boyd (*pro hac vice to be filed*) |
|   | 1200 Fifth Avenue, Suite 1700 |
| 4 | Seattle, Washington 98101 |
|   | Telephone: 206.682.5600 |
| 5 | Fax: 206.682.2992 |
| 6 | E-mail: kstephens@tousley.com |
|   |             kboyd@tousley.com |
| 7 |  |
| 8 | **GEORGE FELDMAN MCDONALD, PLLC** |
|   | Lori G. Feldman |
| 9 | 102 Half Moon Bay Drive |
|   | Croton-on-Hudson, NY 10520 |
| 10 | Telephone: (917) 983-9321 |
|   | E-mail: LFeldman@4-Justice.com |
| 11 |  |
| 12 | **GEORGE FELDMAN MCDONALD, PLLC** |
|   | David J. George |
| 13 | Brittany L. Brown |
|   | 9897 Lake Worth Road, Suite #302 |
| 14 | Lake Worth, FL 33467 |
|   | Telephone: (561) 232-6002 |
| 15 | E-mail: Dgeorge@4-Justice.com |
| 16 |             Bbrown@4-justice.com |
| 17 | **GUSTAFSON GLUEK PLLC** |
|   | Daniel E. Gustafson (Pro Hac Vice) |
| 18 | Catherine Sung-Yun K. Smith |
|   | Shashi Gowda |
| 19 | 120 South Sixth Street, Suite 2600 |
|   | Minneapolis, MN 55402 |
| 20 | Telephone: (612) 333-8844 |
| 21 | Facsimile: (612) 339-6622 |
|   | E-mail: dgustafson@gustafsongluek.com |
| 22 |             csmith@gustafsongluek.com |
|   |             sgowda@gustafsongluek.com |
| 23 |  |
| 24 | **WEXLER BOLEY & ELGERSMA LLP** |
|   | Kenneth A. Wexler |
| 25 | Kara A. Elgersma (Pro Hac Vice) |
|   | 311 South Wacker Drive, Suite 5450 |
| 26 | Chicago, IL 60606 |
|   | Telephone: (312) 346-2222 |
| 27 | Facsimile: (312) 346-0022 |
| 28 | E-mail: kaw@wbe-llp.com |
|   |             kae@wbe-llp.com |

|   |   |
|---|---|
| | **BARRACK, RODOS & BACINE**<br>Stephen R. Basser (121590)<br>600 West Broadway, Suite 900<br>San Diego, CA 92101<br>Telephone: (619) 230-0800<br>Facsimile: (619) 230-1874<br>E-mail: sbasser@barrack.com |
| | **EMERSON FIRM, LLC**<br>John G. Emerson<br>2500 Wilcrest Drive, Suite 300<br>Houston, TX 77042<br>Telephone: (800) 551-8649<br>Facsimile: (501) 286-4659<br>E-mail: jemerson@emersonfirm.com |
| | **FREED KANNER LONDON AND MILLEN, LLC**<br>Jonathan M. Jagher<br>923 Fayette Street<br>Conshohocken, PA 19428<br>Telephone: (610) 234-6486<br>E-mail: jjagher@fklmlaw.com<br>*Counsel for Plaintiffs* |
| Dated: February 19, 2024 | /s/ Brian Ledger |
| | **GORDON REES SCULLY MANSUKHANI, LLP**<br>Brian M. Ledger<br>Ryan Landis<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 696-6700<br>E-mail: bledger@grsm.com<br>          rlandis@grsm.com<br><br>*Counsel for Defendant Theo Chocolate, Inc.* |

<u>**SIGNATURE ATTESTATION**</u>

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

/s/: Trevor Flynn

**ORDER**

Having considered the parties' stipulation and, good cause appearing, the Court will conduct the Fed. R. Civ. P. Rule 16 in-person conference on May 2, 2024. at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2/20/2024

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge