| | |
|---|---|
| **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**<br>REBECCA A. PETERSON (241858)<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>E-mail: rapeterson@locklaw.com<br><br>**FITZGERALD MONROE FLYNN PC**<br>JACK FITZGERALD (257370)<br>2341 Jefferson Street, Suite 200<br>San Diego, CA 92110<br>Phone: (619) 215-1741<br>E-mail: jfitzgerald@fmfpc.com<br><br>*Counsel for Plaintiffs*<br>[Additional Counsel on Signature Page] | **GORDON REES SCULLY MANSUKHANI, LLP**<br>BRIAN M. LEDGER (156942)<br>RYAN S. LANDIS (201707)<br>101 W. Broadway, Suite 2000<br>San Diego, CA 92101<br>Telephone: (619) 696-6700<br>Email: bledger@grsm.com<br>Email: rlandis@grsm.com<br>*Counsel for Defendant Theo Chocolate, Inc.* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE THEOS DARK CHOCOLATE LITIGATION<br><br>This Document Relates to: All Actions | Case No. 4:23-cv-02739-HSG<br><br>**STIPULATION AND ORDER EXTENDING THE PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT** |

//
//
//
//
//
//
//

Pursuant to N.D. Cal. Local Rule 7-11, the parties, by and through their undersigned counsel, stipulate and agree as follows:

1. WHEREAS, Plaintiffs filed a Consolidated Class Action Complaint, Dkt. 49 ("CAC"), on February 8, 2024;

2. WHEREAS, pursuant to the parties' prior stipulation, Defendant's motion to dismiss and memorandum of points and authorities is due by February 29, 2024, Plaintiffs' opposition is due by March 21, 2024, and Defendant's reply in support of its motion to dismiss is due April 1, 2024;

3. WHEREAS, because of the nature of the CAC, Defendant requests an additional five (5) pages for its memorandum of points and authorities in support of its motion to dismiss in order to allow for a more complete discussion of numerous complicated issues related to Plaintiffs' claims;

4. WHEREAS, Plaintiffs do not oppose an extension of the page limit for Defendant's memorandum of points and authorities in support of their motion to dismiss to thirty (30) pages;

5. WHEREAS, Defendant does not oppose a corresponding extension of the page limit for Plaintiffs' memorandum in opposition to Defendant's motion to dismiss to thirty (30) pages;

6. WHEREAS, the parties agree that the page limit for Defendant's reply brief in support of their motion to dismiss shall remain fifteen (15) pages;

**IT IS THEREFORE STIPULATED AND AGREED** by the parties that, subject to the Court's approval, the page limits for the briefing on Defendant's motion to dismiss should be as follows:

   a) Defendant's memorandum of points and authorities in support of their motion to dismiss will not exceed thirty (30) pages;

   b) Plaintiffs' memorandum in opposition to Defendant's motion to dismiss will not exceed (30) pages; and,

   c) Defendant's reply in support of its motion to dismiss will not exceed fifteen (15) pages.

**IT IS SO STIPULATED**

Dated: February 27, 2024         /s/ Ryan Landis

**GORDON REES SCULLY MANSUKHANI, LLP**
Brian M. Ledger
Ryan Landis
101 W. Broadway, Suite 2000

San Diego, CA 92101
Telephone: (619) 696-6700
E-mail: bledger@grsm.com
      rlandis@grsm.com

*Counsel for Defendant Theo Chocolate, Inc.*

Dated: February 27, 2024    /s/ Trevor Flynn

**FITZGERALD MONROE FLYNN PC**
Jack Fitzgerald (257370)
Trevor Flynn (253362)
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741
E-mail: jfitzgerald@fmfpc.com
      tflynn@fmfpc.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (241858)
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
E-mail: rapeterson@locklaw.com
      rkshelquist@locklaw.com

**TOUSLEY BRAIN STEPHENS PLLC**
Kim Stephens (*pro hac vice to be filed*)
Kaleigh Boyd (*pro hac vice to be filed*)
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992
E-mail: kstephens@tousley.com
      kboyd@tousley.com

**GEORGE FELDMAN MCDONALD, PLLC**
Lori G. Feldman
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
E-mail: LFeldman@4-Justice.com

**GEORGE FELDMAN MCDONALD, PLLC**
David J. George
Brittany L. Brown
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Telephone: (561) 232-6002
E-mail: Dgeorge@4-Justice.com
　　　　Bbrown@4-justice.com

**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (Pro Hac Vice)
Catherine Sung-Yun K. Smith
Shashi Gowda
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
　　　　csmith@gustafsongluek.com
　　　　sgowda@gustafsongluek.com

**WEXLER BOLEY & ELGERSMA LLP**
Kenneth A. Wexler
Kara A. Elgersma (Pro Hac Vice)
311 South Wacker Drive, Suite 5450
Chicago, IL 60606
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
E-mail: kaw@wbe-llp.com
　　　　kae@wbe-llp.com

**BARRACK, RODOS & BACINE**
Stephen R. Basser (121590)
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
E-mail: sbasser@barrack.com

**EMERSON FIRM, LLC**
John G. Emerson
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Telephone: (800) 551-8649
Facsimile: (501) 286-4659
E-mail: jemerson@emersonfirm.com

**FREED KANNER LONDON AND MILLEN, LLC**
Jonathan M. Jagher
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486
E-mail: jjagher@fklmlaw.com
*Counsel for Plaintiffs*

## SIGNATURE ATTESTATION

I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

/s/: Ryan S. Landis

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/28/2024

_[signature: Haywood S. Gilliam, Jr.]_
Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge