UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAMELA CHESAVAGE, on behalf of herself and all others similarly situated,

Plaintiff(s),

v.

THEO CHOCOLATE INC.,

Defendant(s).

Case No. 4:23-cv-02739-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Robert S. Stein, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Theo Chocolate Inc. in the above-entitled action. My local co-counsel in this case is Ryan Scott Landis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 201707.

| 707 Grant Street, Suite 3800, Pittsburgh, PA 15219 | 5 Park Plaza, Suite 1100, Irvine, CA 92614 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (412) 588-2284 | (949) 255-6950 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| rsstein@grsm.com | rlandis@grsm.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 314909.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2024

APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Robert S. Stein  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   6/20/2024

UNITED STATES DISTRICT JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

**CERTIFICATE OF GOOD STANDING**

I, _____ BRANDY S. LONCHENA _____, Clerk of this Court,

certify that _____ ROBERT S. STEIN _____, Bar # _____ 314909 _____,

was duly admitted to practice in this Court on _____ 07/15/2015 _____, and is in good standing as a member of the Bar of this Court.

Dated at _____ PITTSBURGH, PA _____ on _____ 06/20/2024 _____
  (Location)                                        (Date)

We have reviewed our records and determined that no disciplinary or administrative suspension proceedings, whether primary or reciprocal, have been filed against you in this Court as of the date of this certificate. This Certificate does not attest to your status with any other courts or state bars to which you may be admitted.

_____ Brandy S. Lonchena _____
CLERK

_____ [signature] _____
DEPUTY CLERK