1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE THEOS DARK CHOCOLATE LITIGATION<br><br>This Document Relates to: All Actions | Case No. 4:23-cv-02739-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process: Private mediation with Gideon Kracov, Esq., through ADR Services, Inc.

The parties agree to hold the ADR session by the presumptive deadline of 90 days from the date of the order referring the case to ADR.

Dated: November 19, 2024  /s/ Trevor Flynn
**FITZGERALD MONROE FLYNN PC**
Jack Fitzgerald (257370)
Trevor Flynn (253362)
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741
E-mail: jfitzgerald@fmfpc.com
       tflynn@fmfpc.com

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Rebecca A. Peterson (241858)
Robert K. Shelquist
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
E-mail: rapeterson@locklaw.com
       rkshelquist@locklaw.com

*Counsel for Plaintiffs*

Dated: November 19, 2024  /s/ Ryan Landis
**GORDON REES SCULLY MANSUKHANI, LLP**
Brian M. Ledger
Ryan Landis
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
E-mail: bledger@grsm.com
       rlandis@grsm.com

*Counsel for Defendant Theo Chocolate, Inc.*

**[PROPOSED] ORDER**

☒   **IT IS SO ORDERED.**

☐   **IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:**

Date: 11/19/2024

_____
United States District Judge