UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CHESAVAGE, et al., <br> Plaintiffs, <br> v. <br> THEO CHOCOLATE, INC., <br> Defendant. | Case No. 23-cv-02739-HSG <br> **SCHEDULING ORDER** |

A case management conference was held on November 12, 2024. Having considered the parties' proposal, *see* Dkt. No. 100, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

//

//

//

//

//

//

| Event | Deadline |
|---|---|
| Substantial completion of document productions by both parties | May 5, 2025 |
| Deadline to File Motion to Amend Pleadings | May 30, 2025 |
| Deadline to file Motion for Class Certification, including expert reports supporting motion | June 20, 2025 |
| Deadline to Complete Non-Expert Discovery | July 21, 2025 |
| Deadline for Theo to file Opposition to Class Certification Motion, including expert reports supporting opposition and Daubert motions pertaining solely to Class Certification issues | August 19, 2025 (or 60 days after service of Motion for Class Certification, whichever is sooner) |
| Deadline for Plaintiffs to file Reply in Support of Class Certification Motion, including rebuttal expert reports, Daubert motions and opposition to any Daubert motions filed by Theo pertaining solely to Class Certification issues | September 18, 2025 (or 30 days after service of Opposition to Motion for Class Certification, whichever is sooner) |
| Deadline for Theo to file oppositions to Plaintiff's Daubert motions and replies in support of its own Daubert motions pertaining solely to Class Certification issues | October 2, 2025 (or 14 days after Plaintiffs' Daubert motions) |
| Deadline for Plaintiff to file replies in support of their Daubert motions pertaining solely to Class Certification issues | October 9, 2025 (or 7 days after Theo files its opposition to Plaintiffs' Daubert motions) |
| Hearing on Plaintiffs' Motion for Class Certification | November 6, 2025 at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   11/20/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge